United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.

CARLOS TOSTADO,
Defendant.

Case No. 26-cr-00490-BLF-2 (VKD)

**RELEASE ORDER**

Defendant shall be released forthwith from the custody of the United States Marshal pursuant to this Court's order setting a bond and conditions of release.

**IT IS SO ORDERED.**

Dated: November 24, 2026

Virginia K. DeMarchi

VIRGINIA K. DEMARCHI
United States Magistrate Judge